**MEMO ENDORSED**

**PERKINSCOIE**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

April 24, 2020

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

**VIA ECF**

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601

Re:  *Walton v. Blue Buffalo Company, Ltd.*; 7:20-cv-00001-NSR

Dear Judge Román:

We represent the Defendant Blue Buffalo Company, Ltd. in the above-captioned case, and respectfully submit this joint letter with counsel for Plaintiff Shannon Walton (together, the "Parties"), pursuant to Your Honor's Individual Rule of Practice 1(E).

The Parties respectfully request an extension of the time to answer or otherwise respond to the complaint filed in this action until October 7, 2020. The present date by which Defendant is scheduled to respond to the complaint is April 27, 2020. The parties are engaged in productive settlement discussions and had previously secured a mediation date of April 28 before the Honorable Louis Meisinger at JAMS in Los Angeles. Unfortunately, due to the COVID 19 health emergency, the mediation was recently continued to September 9, 2020—the earliest date the mediator is available. The Parties, therefore, now jointly request an extension of the responsive pleading deadline to October 7, 2020, to allow the Parties sufficient time to explore whether the Parties can resolve this matter without further litigation. There has been no previous request for an extension of the date to respond to the complaint and no other scheduled dates would be affected by this extension.

Respectfully submitted,

/s/ *Adam R. Mandelsberg*
Adam R. Mandelsberg

Cc:  Michael Reese
     Carlos V. Ramirez
     Anthony J. DiRaimondo

147994030.3
Perkins Coie LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2020

The application is  X  granted.
                   ___ denied.

_____
Nelson S. Román, U.S.D.J.
Dated: May 1, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 11).