MEMO ENDORSED

## PERKINS COIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

October 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3212714242

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

**VIA ECF**

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601

Re: *Walton v. Blue Buffalo Company, Ltd.*; 7:20-cv-00001-NSR

Dear Judge Román:

I represent the Defendant Blue Buffalo Company, Ltd. and together with counsel for Plaintiff Shannon Walton in the above-captioned case, we respectfully submit this joint letter with counsel for (together, the "Parties"), pursuant to Your Honor's Individual Rule of Practice 1(E).

The Parties respectfully request an extension of the time to answer or otherwise respond to the complaint filed in this action until December 7, 2020. The present date by which Defendant is scheduled to respond to the complaint is October 7, 2020. The parties are engaged in productive settlement discussions and a mediation session occurred on September 9, 2020 before the Honorable Louis Meisinger at JAMS in Los Angeles where a settlement agreement in principal was reached. Based on these productive settlement discussions, the parties now jointly request an extension of the responsive pleading deadline to December 7, 2020 so they can finalize settlement documents and take appropriate action to conclude this case. There has been one previous request for an extension of the date to respond to the complaint and no other scheduled dates would be affected by this extension.

Respectfully submitted,

/s/ *Adam Ross Mandelsberg*
Adam Ross Mandelsberg
Counsel for Defendant Blue Buffalo Co., Ltd.

Cc: Michael Reese
Carlos V. Ramirez
Anthony J. DiRaimondo

**FINAL EXTENSION0"**The application is granted. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED:

Dated: 10/05/2020
White Plains, New York

[signature]
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

149716101.3
Perkins Coie LLP